■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DUANE R. RICEMASON, Appellant. [799 NYS2d 425]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Hinrichs, J.), rendered April 10, 2003, convicting him of assault in the first degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the evidence was legally insufficient and that the verdict was against the weight of the evidence. However, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), the evidence was legally sufficient to sustain the verdict. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. Schmidt, J.P., S. Miller, Santucci and Skelos, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE LEONA ST. HELEN, Appellant. [799 NYS2d 426]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 29, 2002 (*People v St. Helen*, 293 AD2d 765 [2002]), affirming a judgment of the County Court, Westchester County, rendered July 23, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., H. Miller, Schmidt and Santucci, JJ., concur.